**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SYNIVERSE TECHNOLOGIES, INC.,

      Plaintiff,

v.                                                    CASE NO: 8:05-cv-777-T-26EAJ

BELLSOUTH TELECOMMUNICATIONS,
INC.,

      Defendant.

_____/

**<u>O R D E R</u>**

Before the Court are cross motions for summary judgment and memoranda in opposition.[1]  After careful consideration of the motions and submissions of the parties, the Court concludes that the record is replete with genuine issues of material fact and the motions must be denied.  Whether BellSouth Telecommunications, Inc. (BellSouth) is excused from liability under the SS7 Agreement because of the actions of Syniverse Technologies, Inc. (Syniverse) with regard to a separate agreement, the CNAM agreement as amended by a Settlement Agreement, is a matter of genuine material fact with great legal consequences.  The parties' relative duties and responsibilities under all three agreements must be resolved by the trier of fact, particularly since BellSouth contends that the SS7 Agreement was amended by the Settlement Agreement to change

_____

[1]  <u>See</u> dockets 79-82 & S-1-8.

the original duties and responsibilities under the SS7 Agreement.  More importantly,

whether Syniverse used its "best efforts" to either move the databases of its customers by

a date certain or to provide BellSouth with migration plans, is debatable and cannot be

decided on this vastly divergent factual record.  In short, the parties' motions and

memoranda embody arguments more akin to closing arguments, than those directed

toward a clearly legal determination based on undisputed facts.

It is therefore **ORDERED AND ADJUDGED** as follows:

(1)     Defendant BellSouth's Motion for Summary Judgment (Dkt. S-2) is

**DENIED.**

(2)     Plaintiff Syniverse's Motion for Summary Judgment (Dkt. 79) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on November 29, 2006.


_____s/*Richard A. Lazzara*_____
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record